## UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Edward A. Moran, | ) | |
| Marianne Moran | ) | Case No. 17-35590 |
| Debtor(s). | ) | Hon. Judge Thorne |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, concerning its Motion for Relief from Stay and Co-Debtor Stay, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtors shall make monthly payments in the amount of **$514.83** directly to Capital One Auto Finance, a division of Capital One, N.A., continuing with the November 13, 2019 post-petition payment.

2. In the event Debtors fail to tender any two or more payments as set forth in paragraph one, Capital One Auto Finance, a division of Capital One, N.A., shall issue a Notice of Default to Debtors, Debtors' attorney and non-filing Co-Debtor Molly Ellen Moran, if Debtors do not provide full cure within 14 days after service of the Notice, the Automatic Stay in this case shall be modified as to the Debtors and non-filing Co-Debtor, upon filing a Notice of Termination of Stay with this Court, permitting Capital One Auto Finance, a division of Capital One, N.A., its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2014 JEEP Grand Cherokee Utility 4D Laredo 4WD, VIN 1C4RJFAG3EC182494.

3. If applicable, upon modification of the automatic stay as outlined above, and after Capital One Auto Finance, a division of Capital One, N.A., has foreclosed its security interest one 2014 JEEP Grand Cherokee Utility 4D Laredo 4WD, VIN 1C4RJFAG3EC182494, said creditor may file an amended, unsecured claim for any deficiency balance remaining in compliance with the US Bankruptcy Code.

/s/ Michelle Mandroiu
Attorney for Debtors

/s/ Jennifer M. Rinn
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

Dated: 11/27/19

Signed:

_____
UNITED STATES BANKRUPTCY JUDGE